*DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THOMAS MAFFEI,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3712

[April 2, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara Anne McCarthy, Judge; L.T. Case No. 12-016199CF10A.

Dane K. Chase of Chase Law Florida, P.A., Saint Petersburgh, for appellant.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***